# NO. 12-08-00382-CR
# NO. 12-08-00383-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *DAVID LANCELOT JENKINS, JR.,* <br> *APPELLANT* | § | *APPEAL FROM THE 402ND* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *THE STATE OF TEXAS,* <br> *APPELLEE* | § | *WOOD COUNTY, TEXAS* |

### MEMORANDUM OPINION
### PER CURIAM

Appellant has filed a pro se motion to dismiss these appeals. No decision having been delivered by this court, the motion is granted, and the appeals are dismissed in accordance with Texas Rule of Appellate Procedure 42.2.

Opinion delivered May 29, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)